Dear Clerk of the Court,                                              5-21-15

79,016-06

my name is Chris Barten #1570691. I had sent in a writ of mandamus regarding cause # 1111900-C. on April 30, 2015.

The issue is, the district court had ordered the clerk to send me a copy of trial counsel's affidavit once they received it. The order was signed March 14, 2014. I have sent several letters to Chris Daniel asking him to comply with the court order. Chris Daniel refuses to send me my due copy. I have not received a white card of notice or any other communication regarding mandamus. Please send me a status report or any kind of acknowledgement of receiving my writ of mandamus. I appreciate your time and effect and I look forward to your response.

Sincerly

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk